**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Robert Wardi,

Plaintiff(s),

v.

Great Plumbing Service LLC, et al.,

Defendant(s).

Case No. 2:25-cv-02589-JAD-MDC

**Order**

On April 13, 2026, the Court set an early neutral evaluation for July 9, 2026. Docket No. 12. The Court ordered the parties to submit evaluation statements by 3:00 p.m. on July 2, 2026. *Id.* at 3. Defendants and their attorney (Kevin Francis Boyle) violated that order. At 9:57 a.m. on July 6, 2026, the Court ordered Defendants and Attorney Boyle to submit their evaluation statement by noon on July 7, 2026. Docket No. 20. The Court warned that failure to do so could result in sanctions and/or vacation of the early neutral evaluation. *Id.* Defendants and Attorney Boyle also violated that order. As a result of the above, the Court vacated the early neutral evaluation and ordered Defendants and Attorney Boyle to show cause why they should not be sanctioned in the amount of attorney's fees and costs incurred by Plaintiff's counsel to prepare for the vacated early neutral evaluation. Docket No. 21. The deadline to respond to that order was set for July 21, 2026, but (once again) Defendants and Attorney Boyle violated that order.

The Court may impose appropriate sanctions (including attorney's fees and costs) for violation of a pretrial order. Fed. R. Civ. P. 16(f). Defendants and Attorney Boyle violated three orders and, despite being given an opportunity to do so, have provided no explanation for those violations. Moreover, the violations have harmed Plaintiff in that fees and costs have been incurred unnecessarily for an early neutral evaluation that was vacated. Accordingly, the Court **ORDERS** that Defendants and Attorney Boyle are sanctioned in the amount of fees and costs incurred by Plaintiff's counsel to prepare for the vacated early neutral evaluation. If the parties cannot

themselves agree on the sanction amount, Plaintiff may file a “motion to calculate fees and costs.” Any such motion must be filed by August 7, 2026.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge