**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Robert Wardi,

Plaintiff(s),

v.

Great Plumbing Service LLC, et al.,

Defendant(s).

Case No. 2:25-cv-02589-JAD-MDC

**Order**

[Docket No. 26]

On July 24, 2026, the Court found that Defendants and their attorney (Kevin Francis Boyle) violated several orders and concluded that sanctions should be imposed in the form of attorney's fees and costs. Docket No. 23 (citing Fed. R. Civ. P. 16(f)). On August 4, 2026, Plaintiff filed a motion to calculate fees that seek $4,887.50. Docket No. 26. The deadline to respond to that motion has expired, *see* Local Rule 7-2(b), and no response has been filed. Attorney's fees are calculated based on the familiar lodestar method. *See, e.g.*, *Marrocco v. Hill*, 291 F.R.D. 586, 587-88 (D. Nev. 2013). In this case, Plaintiff's counsel evidences the hours he expended and an hourly rate. The Court finds both to be reasonable. Accordingly, the motion to calculate fees is **GRANTED**. Defendants and Attorney Boyle must pay $4,887.50 in fees to Plaintiff's counsel by September 18, 2026.

IT IS SO ORDERED.

Dated: August 19, 2026

Nancy J. Koppe
United States Magistrate Judge