**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Robert Wardi,
Plaintiff(s),
v.
Great Plumbing Service LLC, et al.,
Defendant(s).

Case No. 2:25-cv-02589-JAD-MDC

**Order**

The Court ordered Defendants and their attorney (Kevin Francis Boyle) to appear for a hearing to address, *inter alia*, why they should not be sanctioned in additional attorney's fees pursuant to Rule 16(f)(2) of the Federal Rules of Civil Procedure. Docket No. 31. Defendants and Attorney Boyle violated the order to appear. *See* Docket No. 32. Moreover, for the reasons stated at the hearing, the Court imposed a further sanction of attorney's fees in the amount of $850. *See id.* Because it seems Attorney Boyle is most to blame, this sanction is imposed on him personally. Moreover, Attorney Boyle must pay this sanction to Plaintiff by October 29, 2026.

IT IS SO ORDERED.

Dated: September 29, 2026

Nancy J. Koppe
United States Magistrate Judge